# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCRUB DADDY, INC., | : | |
| | : | CIVIL ACTION NO. 2:21-cv-02438 GJP |
| Plaintiff, | : | Hon. Gerald J. Pappert |
| v. | : | |
| | : | |
| ITRIO GLOBAL LLC, | : | |
| | : | |
| Defendant. | : | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION ON BEHALF OF DEFENDANT ITRO GLOBAL LLC TO EXTEND TIME TO RESPOND TO COMPLAINT**

The Court, having considered Plaintiff's motion on behalf of Defendant, Itrio Global LLC to extend the time to answer or otherwise respond to the complaint, finds that the motion should be GRANTED.

Therefore, it is ORDERED that Defendant Itrio Global LLC shall have until July 28, 2021 to file and serve its answer or other responsive pleading under the Federal Rules of Civil Procedure.

Dated this _____ day of June, 2021.

_____
Hon. Gerald J. Papper
United States District Judge